■ In the Matter of TARIQ J. MEHTA, Individually and as Fifty Percent Shareholder of New Creek Business, Inc., Appellant, v NAVEED HUSSAIN, Respondent. [821 NYS2d 544]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), dated April 26, 2005 in a proceeding pursuant to CPLR article 75. The order, among other things, denied petitioner's application to hold respondent in contempt and granted the cross motion of respondent for leave to renew his prior motion for partial vacatur of the arbitration award.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP LYONS, Petitioner, v JAMES CONWAY, as Superintendent of Attica Correctional Facility, Respondent. [821 NYS2d 511]—Proceeding pursuant to CPLR article 70 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department pursuant to CPLR 7002 [b] [2]) seeking a writ of habeas corpus.

It is hereby ordered that said petition be and the same hereby is unanimously denied without costs.

Memorandum: Petitioner, an inmate at Attica Correctional Facility, commenced this original proceeding pursuant to CPLR 7002 (b) (2) seeking a writ of habeas corpus on the ground that, pursuant to the decision of the Court of Appeals in *People v Suarez* (6 NY3d 202 [2005]), the evidence presented at his trial in 1998 no longer supports his conviction of depraved indifference murder. Because the petition raises issues that could have been and were raised on petitioner's direct appeal and by a CPL 440.10 motion, habeas corpus relief is unavailable (*see People ex rel. Woods v Walker*, 283 AD2d 991, 991-992 [2001], *appeal dismissed and lv denied* 96 NY2d 928 [2001]; *People ex rel. Caroselli v Goord*, 268 AD2d 827 [2000], *lv denied* 94 NY2d 765 [2000]). Present—Hurlbutt, J.P., Scudder, Gorski and Green, JJ.